JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TUAN ANH NGUYEN, ) | Case No. ED CV 17-1760 FMO (PLAx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| HAMNER EXPRESS WASH, ) | |
| Defendant. ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 25th day of March, 2019.

_____
/s/
Fernando M. Olguin
United States District Judge